**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**
**DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jill Harper, | § | Case No. 23-00215-ELG |
| aka JILL HARPER | § | Chapter 13 |
| | § | |
| Debtor(s). | § | |

## OBJECTION TO CHAPTER 13 PLAN

HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, Secured Creditor by its undersigned counsel, objects to the Chapter 13 Plan as filed as Debtor and for reasons states:

HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 has a secured claim in the above matter and is in the process of filing a proof of claim for its pre-petition arrears per their Deed of Trust. The Chapter 13 plan does not provide for our client's arrearages. Total arrearage is $57,731.67.

WHEREFORE, Movant requests that confirmation of the Debtor's Chapter 13 Plan be denied.

/s/ Richard J. Rogers
Richard J. Rogers
COHN, GOLDBERG & DEUTSCH, LLC
1099 WINTERSON ROAD, SUITE 301
LINTHICUM HEIGHTS, MD  21090
410-296-2550

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 26th day of September, 2023, a copy of the above Objection to Chapter 13 Plan has been mailed first class mail to:

Jill Harper
aka JILL HARPER
7567 Alaska Avenue, NW
Washington, DC 20012
Debtor(s)


And by electronic filing notification CM/ECF to:

And debtor's(s') counsel:

Maurice Belmont VerStandig
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Counsel to the Debtor(s)


Rebecca A. Herr
185 Admiral Cochrane Drive Suite 240
Annapolis, MD 21401
Chapter Trustee

          /s/ Richard J. Rogers
          Cohn, Goldberg & Deutsch, LLC
          1099 Winterson Road, Suite 301
          Linthicum Heights, MD  21090
          410-296-2550

          Attorneys for  HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1