**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>**JILL HARPER**<br><br><br>Debtor | Case No. **23-00215-ELG**<br>Chapter 13 |

**NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS**

Pursuant to the request of the debtor(s) to continue the Section 341 meeting of creditors in this case, a continuance has been approved by the Chapter 13 Trustee, REBECCA A. HERR, and the Section 341 meeting of creditors has been continued to October 16, 2023 at 10:00 am. The meeting of creditors will be held by Video: www.zoom.us/join, Telephone #: 1-667-406-0794, Meeting ID: 879-999-1048, Passcode: 1203282023.

PLEASE BE ADVISED THAT YOU ARE REQUIRED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX FILED WITH THE COURT. ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST FILED WITH THE COURT WITHIN 10 DAYS OF THE DATE OF THIS NOTICE, OR THE MEETING WILL NOT BE CONDUCTED.

|  |  |
|---|---|
| Date: October 05, 2023 | Respectfully Submitted,<br><br>**/s/ REBECCA A. HERR**<br>REBECCA A. HERR<br>CHAPTER 13 TRUSTEE<br>BAR# MD0032<br>185 ADMIRAL COCHRANE DR.<br>SUITE 240<br>ANNAPOLIS, MD 21401<br>RHERR@CH13MD.COM |

NOTE - You may make copies of this notice as appropriate for the notification to creditors and other parties in interest of the continuance.

Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
301.805.4700
rherr@ch13md.com

## CERTIFICATE OF SERVICE

      I hereby certify that the Notice of 341 Meeting Continuance was served on **October 05, 2023** electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to:

JILL HARPER
7567 ALASKA AVENUE, NW
WASHINGTON, DC  20012
*Debtor*

MAURICE VERSTANDIG
1050 CONNECTICUT AVE NW
SUITE 500
WASHINGTON, DC  20036
*Attorney for Debtor*

/s/ REBECCA A. HERR
REBECCA A. HERR
CHAPTER 13 TRUSTEE
BAR# MD0032
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401

Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD  21401
301.805.4700
rherr@ch13md.com