**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
DIVISION**

In re: §
 §
 §
Jill Harper, § Case No. 23-00215-ELG
aka JILL HARPER § Chapter 13
 §
 §
Debtor(s). §

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**LINE**

NOW COMES Nationstar Mortgage LLC withdraws the Objection to Plan that was filed on or about September 26, 2023, by Counsel Cohn, Goldberg & Deutsch. The plan was amended to provide for client's arrearages.

/s/Richard Rogers
RICHARD ROGERS, ESQUIRE
COHN, GOLDBERG & DEUTSCH, LLC
600 BALTIMORE AVENUE, STE 208
TOWSON, MARYLAND 21204
410-296-2550

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of February 2024, a copy of the above Line withdrawing Objection to Plan has been mailed first class mail, in this proceeding to:

Jill Harper
aka JILL HARPER
7567 Alaska Avenue, NW
Washington, DC 20012
Debtor(s)

And by electronic filing notification CM/ECF to:

And debtor's(s') counsel:

Maurice Belmont VerStandig
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Counsel to the Debtor(s)


Rebecca A. Herr
185 Admiral Cochrane Drive Suite 240
Annapolis, MD 21401
Chapter Trustee


                                          /s/Richard Rogers_____
                                          RICHARD ROGERS, ESQUIRE
                                          600 Baltimore Avenue
                                          Towson, Maryland 21204
                                          ATTORNEY FOR MOVANT