# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:   JILL HARPER | Case No. 23-00215-ELG |
| | Chapter 13 |
| Debtor | |

## TRUSTEE'S CONSENT PRAECIPE CONTINUING HEARING ON CONFIRMATION

The Trustee, having obtained the consent of the debtor and of all objecting creditors, states that the hearing on confirmation has been continued from June 21, 2024, 9:30 a.m. to July 19, 2024, 9:30 a.m..

The Trustee hereby certifies that the parties are entitled to obtain an automatic continuance pursuant to LBR 5071-1(b) and that the Trustee has arranged with the clerk of the Court the filing of this Praecipe to continue the hearing.

Effective January 2023, unless otherwise ordered by the Court, all hearings will be conducted <u>both</u> in person at United States Bankruptcy Court, District of Columbia, 333 Constitution Avenue N.W., Washington D.C., Courtroom 1 <u>and</u> also remotely via Zoom for Government. Contact the Courtroom Deputy for Zoom information.

Respectfully submitted,

**/s/REBECCA A. HERR**
REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
BAR#MD0032
p. 301-805-4700
email: RHERR@CH13MD.COM

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, a copy of the foregoing Trustee's Consent Praecipe, was served on the debtor's attorney electronically via the CM/ECF system and a copy was mailed, postage prepaid, to the remaining entities:

Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD  21401

JILL HARPER
7567 ALASKA AVENUE, NW
WASHINGTON, DC  20012

MAURICE VERSTANDIG
1050 CONNECTICUT AVE NW
SUITE 500
WASHINGTON, DC  20036

                                            **/s/ REBECCA A. HERR**
                                            REBECCA A. HERR
                                            Chapter 13 Trustee

Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD  21401