UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:
    Jill Harper                                                Chapter 13
     AKA JILL HARPER                       Case No. 23-00215-ELG

    Debtor
_____

## NOTICE OF APPEARANCE

    Please take notice that Orlans PC has been retained as Attorney for Creditor, HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: October 30, 2024

                                                  Respectfully submitted,

                                                  /s/Daniel K. Eisenhauer
                                                  Daniel K. Eisenhauer, Bar #888314169
                                                  Orlans PC
                                                  PO Box 2548
                                                  Leesburg, VA 20177
                                                  (703) 777-7101
                                                  Attorneys for HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1
                                                  deisenhauer@orlans.com

## **CERTIFICATE OF SERVICE**

        The undersigned states that on October 30, 2024, copies of the foregoing Notice of Appearance were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Rebecca A. Herr
185 Admiral Cochrane Dr.
Ste 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD 20854
mac@mbvesq.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Appearance to the following non-ECF participants:

Jill Harper
7567 Alaska Avenue, NW
Washington, DC 20006
*Debtor*

                                                /s/Daniel K. Eisenhauer
                                                Daniel K. Eisenhauer, Esquire