UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br><br> JILL HARPER <br>   AKA JILL HARPER <br><br>     Debtor | Chapter 13 <br> Case No. 23-00215-ELG |
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ELLINGTON LOAN ACQUISITION TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 <br><br>     Movant <br><br> v. <br><br> JILL HARPER <br>   AKA JILL HARPER <br> 7567 ALASKA AVENUE, NW <br> WASHINGTON, DC 20012 <br>     (Debtor) <br><br> MATTHEW LEWIS <br> 7567 ALASKA AVENUE, NW <br> WASHINGTON, DC 20012 <br>     (Co-Debtor) <br><br> REBECCA A. HERR <br> 185 ADMIRAL COCHRANE DR., SUITE 240 <br> ANNAPOLIS, MD 21401 <br>     (Trustee) <br><br>     Respondents | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND THE CO-DEBTOR AUTOMATIC STAY PURSANT TO 11 U.S.C. § 1301(c)(3)**

    HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust

2007-1, Mortgage Pass-Through Certificates, Series 2007-1 ("Movant") by undersigned counsel,

respectfully moves this Honorable Court to terminate the Automatic Stay and the Co-Debtor

Daniel K. Eisenhauer, Bar #888314169
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177

Automatic Stay as to the real property located at 7567 Alaska Avenue, NW, Washington, DC 20012 ("Property"), and, as grounds therefore, states as follows.

1.      This proceeding seeking relief under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c)(3) is a contested matter within the meaning of Fed. R. Bankr. P. 4001 and 9014, and this court has jurisdiction over this matter pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

2.      On August 3, 2023, the above named Debtor, Jill Harper ("Debtor"), filed in this court a Petition under Chapter 13 of the United States Bankruptcy Code. Rebecca A. Herr (the "Trustee") was appointed Chapter 13 trustee.

## COUNT 1
## RELIEF FROM AUTOMATIC STAY

3.      On or about February 1, 2007, Jill I Harper and Matthew Lewis (collectively the "Obligors") executed and delivered to Fremont Investment & Loan a promissory note (the "Note") in the amount of THREE HUNDRED EIGHTY-TWO THOUSAND DOLLARS AND NO CENTS ($382,000.00), plus interest at the fixed rate of 6.250% per annum, to be paid over thirty (30) years. A copy of the Note is attached hereto as **Exhibit A** and incorporated herein.

4.      To secure the repayment of the sums due under the Note, Jill I Harper and Matthew Lewis executed and delivered to Fremont Investment & Loan a Deed of Trust dated February 1, 2007, encumbering the real property ("Property") described as:

> PART OF LOT 87 IN PAUL D. BOONE'S SUBDIVISION OF LOT 65 IN SQUARE 2955 AS PER PLAT RECORDED IN LIBER 102 AT FOLIO 155 IN THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA DESCRIBED AS FOLLOWS :
>
> BEGINNING FOR THE SAME ON THE WEST LINE OF 12TH STREET AT THE SOUTHEAST CORNER OF SAID LOT; THENCE WEST ALONG THE SOUTH LINE OF SAID LOT, 44.72 FEET TO AN ANGLE IN THE SOUTHERLY LINE OF SAID LOT, THENCE WITH THE SOUTHWESTERLY LINE OF SAID LOT NORTHWESTERLY 75 FEET TO THE EASTERLY LINE OF ALASKA AVENUE; THENCE ALONG SAID EASTERLY LINE OF ALASKA AVENUE, NORTH 39 DEGREES 25 MINUTES EAST 45.50 FEET TO THE SOUTHWESTERLY LINE OF THE LAND CONVEYED TO MATTHEW S. KLIRAKIS BY DEED DATED 2/1/36 AND RECORDED IN LIBER 6963 AT FOLIO 2153 AMONG THE LAND RECORDS OF THE DISTRICT OF COLUMBIA; THENCE SOUTHEASTERLY ALONG THE LINE OF LAND CONVEYED TO S. KLIRAKIS, 71.96 FEET THENCE EAST ALONG THE SOUTH LINE OF THE LAND CONVEYED TO S. KLIRAKIS AS AFORESAID, 18.18 FEET TO THE WEST LINE OF 12TH STREET AND THE NORTHEAST CORNER OF SAID LOT 87 AND THENCE SOUTH ALONG THE WEST LINE OF 12TH STREET 37.08 FEET TO THE PLACE OF BEGINNING. NOW KNOWN FOR ASSESSMENT AND TAXATION PURPOSES AS LOT 819 SQUARE 2955.
>
> BEING THE SAME PROPERTY CONVEYED TO RECORD OWNER(S) BY DEED RECORDED 3/7/94 AS INST. NO. 18787 AMONG THE AFORESAID LAND RECORDS. THE IMPROVEMENTS THEREON BEING KNOWN AS 7567 ALASKA AVENUE NW, WASHINGTON, DC 20012

which has the address of 7567 Alaska Avenue, NW, Washington, DC 20012. A Copy of the Deed of Trust is attached as **Exhibit B** and incorporated herein.

5.  The Note and Deed of Trust were later transferred to Movant and Movant is the current holder of the Note and Deed of Trust. A copy of the Assignment is attached as **Exhibit C** and incorporated herein.

6.  The Debtor agreed to a permanent modification of the loan described above. The loan modification is attached as **Exhibit D** and incorporated herein.

7.  As of June 17, 2025, the Debtor owes an unpaid principal balance of $355,060.67 under the Note, plus additional accruing interest, late charges, attorneys' fees and costs.

8. As of June 17, 2025, the Debtor is post-petition due for March 1, 2025, which includes the following missed payments:

| Number of Missed Payments | From | To | Payment Amount | Total Due |
|---|---|---|---|---|
| 4 | March 1, 2025 | June 1, 2025 | $2,663.55 | $10,654.20 |
| | | | Suspense: | ($2,389.75) |
| | | | Total Payments Past Due | $8,264.45 |

9. A Copy of the post-petition payment history is attached as **Exhibit E** and incorporated herein.

10. The value of the property is $798,010.00, according to the Debtor's Schedule "A".

11. The Debtor is in default under the Note.

12. The Debtor has not and cannot offer Movant adequate protection of its interest in the Property, and Movant avers it is not adequately protected.

13. That the Debtor's account delinquency constitute cause for relief from the automatic stay.

## COUNT II
## RELIEF FROM CO-DEBTOR AUTOMATIC STAY

14. The allegations of paragraphs 1 through 13 are incorporated by reference herein.

15. Movant will be irreparably harmed by the continuation of the Co-Debtor Automatic Stay.

16. Cause exists to terminate the Co-Debtor Automatic Stay.

WHEREFORE, HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 prays that this

Court issue an order terminating or modifying the Automatic Stay under 11 U.S.C. § 362 and Co-Debtor Automatic Stay under 11 U.S.C. § 1301, as to the property located at 7567 Alaska Avenue, NW, Washington, DC 20012, and granting the following:

    a.    Relief from the Automatic Stay and Co-Debtor Automatic Stay allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives.

    b.    That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    c.    That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

    d.    That it be exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

Date:  June 25, 2025

                                Respectfully submitted,

                                /s/Daniel K. Eisenhauer
                                Daniel K. Eisenhauer, Bar #888314169
                                Orlans Law Group PLLC
                                PO Box 2548
                                Leesburg, VA 20177
                                (703) 777-7101
                                Attorneys for HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1
                                deisenhauer@orlans.com