UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JILL HARPER<br>  AKA JILL HARPER<br><br>       Debtor | Chapter 13<br>Case No. 23-00215-ELG |
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ELLINGTON LOAN ACQUISITION TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1<br><br>       Movant<br><br>v.<br><br>JILL HARPER<br>  AKA JILL HARPER<br>7567 ALASKA AVENUE, NW<br>WASHINGTON, DC 20012<br>       (Debtor)<br><br>MATTHEW LEWIS<br>7567 ALASKA AVENUE, NW<br>WASHINGTON, DC 20012<br>       (Co-Debtor)<br><br>REBECCA A. HERR<br>185 ADMIRAL COCHRANE DR., SUITE 240<br>ANNAPOLIS, MD 21401<br>       (Trustee)<br><br>       Respondents | |

**NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO MOTION**

**PLEASE TAKE NOTICE THAT WITHIN SEVENTEEN (17) DAYS AFTER**

**FILING OF THIS MOTION** you must file and serve a written objection to the motion,

together with the proposed order must be filed with the Clerk of the Bankruptcy Court, U.S.

Courthouse, 333 Constitution Ave., N.W., Washington, DC 20001, and served (by delivering or

Daniel K. Eisenhauer, Bar #888314169
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177

mailing of a copy) upon the undersigned. The objection must contain a complete satisfaction of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.** The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

Date:  June 25, 2025

                              Respectfully submitted,

                              /s/Daniel K. Eisenhauer_____
                              Daniel K. Eisenhauer, Bar #888314169
                              Orlans Law Group PLLC
                              PO Box 2548
                              Leesburg, VA 20177
                              (703) 777-7101
                              Attorneys for HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1
                              deisenhauer@orlans.com

# **CERTIFICATE OF SERVICE**

The undersigned states that on June 25, 2025, copies of the foregoing Notice of Deadline to File And Serve Objection to Motion were filed with the Clerk of the Court and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Deadline to File And Serve Objection to Motion to the following participants:

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
mac@mbvesq.com
*Debtor's Attorney*

Jill Harper
7567 Alaska Avenue, NW
Washington, DC 20012
*Debtor*

Matthew Lewis
7567 Alaska Avenue, NW
Washington, DC 20012
*Co-Debtor*

                                        /s/Daniel K. Eisenhauer
                                        Daniel K. Eisenhauer, Esquire