UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | |
| JILL HARPER<br>  AKA JILL HARPER | Chapter 13<br>Case No. 23-00215-ELG |
| Debtor | |
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ELLINGTON LOAN ACQUISITION TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1<br><br>        Movant<br>v.<br><br>JILL HARPER<br>  AKA JILL HARPER<br>7567 ALASKA AVENUE, NW<br>WASHINGTON, DC 20012<br>        (Debtor)<br><br>MATTHEW LEWIS<br>7567 ALASKA AVENUE, NW<br>WASHINGTON, DC 20012<br>        (Co-Debtor)<br><br>REBECCA A. HERR<br>185 ADMIRAL COCHRANE DR., SUITE 240<br>ANNAPOLIS, MD 21401<br>        (Trustee)<br><br>        Respondents | |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that a hearing on the Motion for Relief has been scheduled pursuant to 13 U.S.C. Sec. 362 as follows:

Date:    July 16, 2025             Time:    09:30 AM

before the Honorable Elizabeth L. Gunn United States Bankruptcy Judge, United States Courthouse, 333 Constitution Ave., N.W., Washington, DC 20001 in both Courtroom 1 and also held remotely via Zoom for Government. Parties may contact Courtroom Deputy Aimee Lee at aimee_mathewes@dcb.uscourts.gov prior to the hearing to obtain the Zoom for Government link for this hearing.

Daniel K. Eisenhauer, Bar #888314169
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177

NOTICE IS ALSO GIVEN that the Court may, at the time hereinabove scheduled, combine the preliminary hearing with the final hearing pursuant to 13 U.S.C. Sec. 362(e).

Date:  June 25, 2025

Respectfully submitted,

/s/Daniel K. Eisenhauer_____
Daniel K. Eisenhauer, Bar #888314169
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1
deisenhauer@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on June 25, 2025, copies of the foregoing Notice of Motion were filed with the Clerk of the Court and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Motion to the following participants:

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
mac@mbvesq.com
*Debtor's Attorney*

Jill Harper
7567 Alaska Avenue, NW
Washington, DC 20012
*Debtor*

Matthew Lewis
7567 Alaska Avenue, NW
Washington, DC 20012
*Co-Debtor*

                                                /s/Daniel K. Eisenhauer
                                                Daniel K. Eisenhauer, Esquire