UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:  JILL HARPER<br>    AKA JILL HARPER<br><br>        Debtor | Chapter 13<br>Case No. 23-00215-ELG |
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ELLINGTON LOAN ACQUISITION TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1<br>            Movant<br>v.<br><br>JILL HARPER<br>    AKA JILL HARPER<br>        (Debtor)<br><br>MATTHEW LEWIS<br>        (Co-Debtor)<br><br>REBECCA A. HERR<br>        (Trustee)<br>        Respondents | |

**ORDER TERMINATING AUTOMATIC STAY AND CO-DEBTOR STAY PURSUANT TO 11 USC §1301(c)(3)**

Daniel K. Eisenhauer, Bar #888314169
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177

UPON CONSIDERATION of the Motion for Relief from Automatic Stay and Co-Debtor Stay ("Motion") in reference to the above named Debtor, Jill Harper and Co-Debtor, Matthew Lewis, filed by HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362, and the Co-Debtor Stay imposed by 11 U.S.C. § 1301 are terminated permitting HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, and its successors and assigns, to exercise its rights under applicable law against the Property; and HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 is allowed to enforce the lien of its Deed of Trust as it pertains to the real property located at 7567 Alaska Avenue, NW, Washington, DC 20012 and it is more particularly described as follows:

---

PART OF LOT 87 IN PAUL D. BOONE'S SUBDIVISION OF LOT 65 IN SQUARE 2955 AS PER PLAT RECORDED IN LIBER 102 AT FOLIO 155 IN THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA DESCRIBED AS FOLLOWS :

BEGINNING FOR THE SAME ON THE WEST LINE OF 12TH STREET AT THE SOUTHEAST CORNER OF SAID LOT; THENCE WEST ALONG THE SOUTH LINE OF SAID LOT, 44.72 FEET TO AN ANGLE IN THE SOUTHERLY LINE OF SAID LOT, THENCE WITH THE SOUTHWESTERLY LINE OF SAID LOT NORTHWESTERLY 75 FEET TO THE EASTERLY LINE OF ALASKA AVENUE; THENCE ALONG SAID EASTERLY LINE OF ALASKA AVENUE, NORTH 39 DEGREES 25 MINUTES EAST 45.50 FEET TO THE SOUTHWESTERLY LINE OF THE LAND CONVEYED TO MATTHEW S. KLIRAKIS BY DEED DATED 2/1/36 AND RECORDED IN LIBER 6963 AT FOLIO 2153 AMONG THE LAND RECORDS OF THE DISTRICT OF COLUMBIA; THENCE SOUTHEASTERLY ALONG THE LINE OF LAND CONVEYED TO S. KLIRAKIS, 71.96 FEET THENCE EAST ALONG THE SOUTH LINE OF THE LAND CONVEYED TO S. KLIRAKIS AS AFORESAID, 18.18 FEET TO THE WEST LINE OF 12TH STREET AND THE NORTHEAST CORNER OF SAID LOT 87 AND THENCE SOUTH ALONG THE WEST LINE OF 12TH STREET 37.08 FEET TO THE PLACE OF BEGINNING. NOW KNOWN FOR ASSESSMENT AND TAXATION PURPOSES AS LOT 819 SQUARE 2955.

BEING THE SAME PROPERTY CONVEYED TO RECORD OWNER(S) BY DEED RECORDED 3/7/94 AS INST. NO. 18787 AMONG THE AFORESAID LAND RECORDS. THE IMPROVEMENTS THEREON BEING KNOWN AS 7567 ALASKA AVENUE NW, WASHINGTON, DC 20012

which relief shall extend to the purchaser to take such action under state law, as may be necessary, to obtain possession of the property; and it is further

**ORDERED**, that Relief from the Automatic Stay and Co-Debtor Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED,** This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(4); and it is further

**ORDERED**, that it be exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

I ASK FOR THIS:

/s/Daniel K. Eisenhauer_____
Daniel K. Eisenhauer, Bar #888314169
deisenhauer@orlans.com
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101

Copies to:

Daniel K. Eisenhauer
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177
*Attorneys for the Movant*

Jill Harper
7567 Alaska Avenue, NW
Washington, DC 20012
*Debtor*

Matthew Lewis
7567 Alaska Avenue, NW
Washington, DC 20012
*Co-Debtor*

Maurice Belmont VerStandig, Esquire
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854
*Attorney for the Debtor*

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

## END OF ORDER

BY THE COURT:

_____
Honorable Elizabeth L. Gunn
U.S. Bankruptcy Judge