UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JILL HARPER<br>  AKA JILL HARPER<br><br>          Debtor | Chapter 13<br>Case No. 23-00215-ELG |
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ELLINGTON LOAN ACQUISITION TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1<br><br>          Movant<br><br>v.<br><br>JILL HARPER<br>  AKA JILL HARPER<br>7567 ALASKA AVENUE, NW<br>WASHINGTON, DC 20012<br>          (Debtor)<br><br>MATTHEW LEWIS<br>7567 ALASKA AVENUE, NW<br>WASHINGTON, DC 20012<br>          (Co-Debtor)<br><br>REBECCA A. HERR<br>185 ADMIRAL COCHRANE DR., SUITE 240<br>ANNAPOLIS, MD 21401<br>          (Trustee)<br><br>          Respondents | |

## CERTIFICATE OF SERVICE

The undersigned states that on June 25, 2025, copies of the foregoing Motion for Relief from Automatic Stay and Co-Debtor Automatic Stay were filed with the Clerk of the Court and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Motion for Relief from Automatic Stay and Co-Debtor Automatic Stay to the following participants:

Daniel K. Eisenhauer, Bar #888314169
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
mac@mbvesq.com
*Debtor's Attorney*

Jill Harper
7567 Alaska Avenue, NW
Washington, DC 20012
*Debtor*

Matthew Lewis
7567 Alaska Avenue, NW
Washington, DC 20012
*Co-Debtor*

Date:  June 25, 2025

        Respectfully submitted,

        /s/Daniel K. Eisenhauer_____
        Daniel K. Eisenhauer, Bar #888314169
        Orlans Law Group PLLC
        PO Box 2548
        Leesburg, VA 20177
        (703) 777-7101
        Attorneys for HSBC Bank USA, National
        Association as Trustee for Ellington Loan
        Acquisition Trust 2007-1, Mortgage Pass-Through
        Certificates, Series 2007-1
        deisenhauer@orlans.com