**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:  JILL HARPER<br>AKA JILL HARPER<br><br>        Debtor | Chapter 13<br>Case No. 23-00215-ELG |
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ELLINGTON LOAN ACQUISITION TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1<br>        Movant<br><br>v.<br><br>JILL HARPER<br>        Debtor<br><br>and<br>MATTHEW LEWIS<br>        Co-Debtor | Ref. Dkt. #31 |

## NOTICE OF WITHDRAWAL

HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, by counsel, hereby withdraws without prejudice the previously filed Motion for Relief from Automatic Stay (ECF 31).

Gene Jung, Bar #14950
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
gjung@orlans.com

Date:  March 24, 2026

Respectfully submitted,


  /s/ Gene Jung
Gene Jung, Bar #14950
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for HSBC Bank USA, National
Association as Trustee for Ellington Loan
Acquisition Trust 2007-1, Mortgage Pass-Through
Certificates, Series 2007-1
gjung@orlans.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned states that on March 24, 2026, copies of the foregoing Notice of Withdrawal were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
mac@mbvesq.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Withdrawal to the following non-ECF participants:

Jill Harper
7567 Alaska Avenue, NW
Washington, DC 20012
*Debtor*

Matthew Lewis
7567 Alaska Avenue, NW
Washington, DC 20012
*Co-Debtor*

*/s/ Gene Jung*
Gene Jung