**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

IN RE:
**JILL HARPER**

Case No.  **23-00215-ELG**
Chapter 13

Debtor

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, and any responses thereto, and

after any hearing thereon, good cause appearing therein, it is, by the United States Bankruptcy

Court for the District of Columbia,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed, in accordance with 11

U.S.C. §1307(c); and ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed

by 11 U.S.C. § 362(a) is terminated.

I ASK FOR THIS:

/s/ Rebecca A. Herr

Chapter 13 Trustee BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD  21401
301.805.4700
rherr@ch13md.com

cc:     JILL HARPER
        7567 ALASKA AVENUE, NW
        WASHINGTON, DC  20012
        *Debtor*

MAURICE VERSTANDIG
1050 CONNECTICUT AVE NW
SUITE 500
WASHINGTON, DC  20036
*Attorney for Debtor*


All Creditors and Parties of Interest