Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-215-ELG |
| | ) | (Chapter 13) |
| Jill Harper | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### *EX PARTE* MOTION TO EXTEND DEADLINE TO OPPOSE MOTION TO DISMISS

Comes now Jill Harper ("Ms. Harper" or the "Debtor"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)(A), and moves to extend the deadline to oppose the motion to dismiss (the "Motion to Dismiss"), ECF No. 39, filed by the chapter 13 trustee (the "Trustee"), and in support thereof states as follows:

Undersigned counsel desires a brief extension of time to respond to the Motion to Dismiss, so as to allow for proper consultation with Ms. Haper and a holistic assessment of various options and strategies. A four day extension of time will not occasion any prejudice to any party in interest (including the Trustee), especially insofar as the Motion to Dismiss has not yet been set down for hearing. Such an extension, however, will meaningfully permit the Debtor a more fulsome opportunity to ensure an opposition is appropriately presented.

This case has occasioned certain complications and eccentricities (just as do most chapter 13 cases). The Motion to Dismiss notes payments to be ongoing, and at least one personal matter

1

has presented a unique challenge to the Debtor during the pendency of this case. Recognizing such, a brief extension of time is assuredly reasonable in nature, and the desire to allow for a more fulsome response to the Motion to Dismiss meets the rigor of "cause." Fed. R. Bankr. P. 9006(b)(1).

Undersigned counsel has conversed with counsel for the Trustee, who does not oppose the extension sought herein.

WHEREFORE, Ms. Harper respectfully prays this Honorable Court (i) extend the time to oppose the Motion to Dismiss, to and through August 14, 2026; and (ii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: August 10, 2026     By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2