IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-215-ELG |
| | ) | (Chapter 13) |
| Jill Harper | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING *EX PARTE* MOTION TO
EXTEND DEADLINE TO OPPOSE MOTION TO DISMISS**

Upon consideration of the motion to extend time (the "Motion") filed by Jill Harper ("Ms. Harper" or the "Debtor"), the authority cited therein, and the record in this case, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Ms. Harper shall have to and through Friday, August 14, 2026 to oppose the motion to dismiss filed by the chapter 13 trustee.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

2