The order below is hereby signed.

Signed: August 11 2026



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-215-ELG |
| | ) | (Chapter 13) |
| Jill Harper | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### ORDER GRANTING *EX PARTE* MOTION TO
### EXTEND DEADLINE TO OPPOSE MOTION TO DISMISS

Upon consideration of the motion to extend time (the "Motion") filed by Jill Harper ("Ms. Harper" or the "Debtor"), the authority cited therein, and the record in this case, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Ms. Harper shall have to and through Friday, August 14, 2026 to oppose the motion to dismiss filed by the chapter 13 trustee.

1

I ask for this:

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

United States Bankruptcy Court

District of Columbia

In re:

Jill Harper

    Debtor

Case No. 23-00215-ELG

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0090-1             User: admin             Page 1 of 3

Date Rcvd: Aug 11, 2026             Form ID: pdf001             Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jill Harper, 7567 Alaska Avenue, NW, Washington, DC 20012-1547 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | Nationstar Mortgage LLC, servicer info, HSBC Bank, 1099 Winterson Road Ste. 301, Linthicum Heights, MD 21090-2279 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Aug 11 2026 22:50:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Aug 11 2026 22:49:29 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Aug 11 2026 22:49:38 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Aug 11 2026 22:50:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Aug 11 2026 22:50:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 770131 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 11 2026 22:49:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court, Suite 210, Kennesaw, GA 30144 |
| 770101 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 11 2026 22:49:00 | Carmax, 225 Chastain Meadows Court, Kennesaw, GA 30144 |
| 770102 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 11 2026 22:49:00 | Carmax Auto Finance, Attn: Bankruptcy, PO Box 440609, Kennesaw, GA 30160 |
| 770098 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2026 22:53:57 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 770099 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2026 22:54:03 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 771663 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2026 22:54:04 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 771712 | + | Email/PDF: ebn_ais@aisinfo.com | | |

|  |  |  | Aug 11 2026 22:53:50 | Capital One N.A. by American InfoSource as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
|---|---|---|---|---|
| 770105 | + | Email/Text: angela.coleman@dc.gov | Aug 11 2026 22:50:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 773327 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 11 2026 22:50:00 | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |
| 770107 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 11 2026 22:49:00 | Mrc/United Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 772726 |  | Email/Text: nsm_bk_notices@mrcooper.com | Aug 11 2026 22:49:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, TX 75261-9741 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | HSBC Bank USA, National Association as Trustee for |
| 770104 |  | CIVIL DIVISION - SMALL CLAIMS AND CONCIL |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 770103 | *P++ | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT SUITE 200, KENNESAW GA 30144-5938, address filed with court:, Carmax Auto Finance, Attn: Bankruptcy, PO Box 440609, Kennesaw, GA 30160-9511 |
| 770100 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 771745 | * | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 770106 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 770108 | * | Mrc/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gene Jung | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 gjung@orlans.com |
| Maurice Belmont VerStandig | on behalf of Debtor Jill Harper mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Ronald S. Deutsch |  |

District/off: 0090-1                   User: admin                   Page 3 of 3
Date Rcvd: Aug 11, 2026                Form ID: pdf001               Total Noticed: 20

  on behalf of Creditor Nationstar Mortgage LLC  servicer info, HSBC Bank USA, National Association as Trustee for Ellington
  Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 bbush@cgd-law.com,
  bdoane@cgd-law.com;bankruptcyECF@cgd-law.com

U. S. Trustee for Region Four

  USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 5