**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
JILL HARPER : Chapter 13 Case No. 23-00215-ELG
Debtor

**PRAECIPE RESETTING HEARING ON TRUSTEE'S MOTION TO DISMISS**

The Clerk of the Court will please note that the hearing on the Trustee's pending Motion to Dismiss has been **reset** to **9:30 a.m. on December 17,2026.**

Effective January 2023, unless otherwise ordered by the Court, all hearings will be conducted both in person at United States Bankruptcy Court, District of Columbia, 333 Constitution Avenue N.W., Washington D.C., Courtroom 1 and also remotely via Zoom for Government. Contact the Courtroom Deputy for Zoom information.

/s/ Rebecca A. Herr
Rebecca A. Herr (Fed. Bar No. MD0032)
Chapter 13 Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401
Tel. 301-805-4700
E-mail: bherr@ch13md.com

**Certificate of Service**

I hereby certify that on October 27, 2026, a copy of the foregoing Trustee's Praecipe, was served on the debtor's attorney electronically via the CM/ECF system and a copy was mailed, postage prepaid, to the remaining entities:

Jill Harper
7567 Alaska Avenue, NW
Washington, DC 20012
*Debtor*

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
1050 Connecticut Ave NW
Suite 500
Washington, DC 20036
*Attorney for Debtor*

/s/ Rebecca A. Herr
Rebecca A. Herr

Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401